Argued on appellant's brief January 5, affirmed January 7, petition for rehearing denied February 9, petition for review denied March 9, 1971

STATE OF OREGON (1734-C), *Respondent, v.*
ENRIQUE ESPINOZA, *Appellant.*

478 P2d 644

Stephen B. Fonda, Nyssa, filed the brief for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

Defendant was convicted of burglary. His sole assignment of error on appeal is that the court instructed the jury that a verdict concurred in by 10 or more was sufficient. The instruction was correct. *State v. Gann*, 254 Or 549, 463 P2d 570 (1969).

Affirmed.